**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
J.D. and L.D., individually and on behalf of A.D.,

                      Plaintiffs,

-against-                            22 **CIVIL** 3039 (VB)

                                          **JUDGMENT**

RYE NECK UNION FREE SCHOOL DISTRICT,

                      Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 7, 2023, the Parents' motion for summary judgment is DENIED. The decision of the SRO is AFFIRMED and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

       February 8, 2023

                                                  **RUBY J. KRAJICK**

                                                              _____
                                                                 **Clerk of Court**

                        **BY:**             K. Mango

                                                                  _____
                                                                 **Deputy Clerk**